### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LESLIE YOUNG
ADC #709094                                                          PETITIONER


VS.                          5:10CV00102 JMM/JTR


RAY HOBBS, Director,
Arkansas Department of Correction                          RESPONDENT


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and   ADJUDGED that this habeas action is DISMISSED, WITH

PREJUDICE.

Dated this   7  day of   February  , 2011.


_____
UNITED STATES DISTRICT JUDGE